## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Griffin, Michael | Case Number:  04 B 05500 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/11/08 | Filed:  2/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  March 5, 2008
Confirmed:  April 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 24,677.67 | |
| Secured: | | 12,935.17 |
| Unsecured: | | 0.00 |
| Priority: | | 7,389.97 |
| Administrative: | | 3,074.00 |
| Trustee Fee: | | 1,278.53 |
| Other Funds: | | 0.00 |
| Totals: | 24,677.67 | 24,677.67 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,074.00 | 3,074.00 |
| 2. | Drive Financial Services | Secured | 12,935.17 | 12,935.17 |
| 3. | Internal Revenue Service | Priority | 27,562.20 | 7,389.97 |
| 4. | Americash Loans, LLC | Unsecured | 77.95 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 258.50 | 0.00 |
| 6. | AAA Checkmate LLC | Unsecured | 27.71 | 0.00 |
| 7. | Nicor Gas | Unsecured | 284.07 | 0.00 |
| 8. | Brother Loan & Finance | Unsecured | 48.06 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 913.16 | 0.00 |
| 10. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 11. | Salvatore Spinelli | Unsecured | | No Claim Filed |
| 12. | City of Harvey | Unsecured | | No Claim Filed |
| 13. | AAA Checkmate LLC | Unsecured | | No Claim Filed |
| 14. | ER Solutions | Unsecured | | No Claim Filed |
| 15. | Kevin L String Co M LPA | Unsecured | | No Claim Filed |
| 16. | Secretary Of State | Unsecured | | No Claim Filed |
| 17. | MRS Associates, Inc | Unsecured | | No Claim Filed |
| 18. | I Q Tel | Unsecured | | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| | | | $ 45,180.82 | $ 23,399.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 79.15 |
| 4% | 72.37 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Griffin, Michael

Printed:  3/11/08

Case Number:  04 B 05500

Judge:  Wedoff, Eugene R

Filed:  2/13/04

| | |
|---|---:|
| 6.5% | 254.41 |
| 3% | 40.70 |
| 5.5% | 318.18 |
| 5% | 88.88 |
| 4.8% | 184.86 |
| 5.4% | 239.98 |
| | _____ |
| | $ 1,278.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

